No. 6, Misc. STANDARD OIL CO. OF CALIFORNIA ET AL. *v.* UNITED STATES. Leave granted petitioners to withdraw the motion for leave to file petition for writ of certiorari to the United States District Court for the Southern District of California, Central Division. *Marshall P. Madison, Francis R. Kirkham, John M. Hall* and *Murray Gartner* for the Standard Oil Company of California; *F. F. Thomas, Jr.* and *James D. Adams* for the Shell Oil Co.; *Oscar John Dorwin* and *S. A. L. Morgan*

for the Texas Company; *Jackson W. Chance* for the Richfield Oil Corp.; *Edward D. Lyman* and *Edmund D. Buckley* for the Tide Water Associated Oil Co.; and *Herman Phleger* for the Union Oil Company of California, petitioners.